IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. SANKEY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 2:04-cv-1146-MEF |
| | ) |
| CITY OF LUVERNE, ALABAMA, | ) (WO-Not Recommended for Publication) |
| | ) |
| DEFENDANT. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all federal claims in this action, judgment is ENTERED in favor of Defendant City of Luverne, Alabama and against Plaintiff David W. Sankey, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED in favor of Defendant City of Luverne, Alabama against Plaintiff David W. Sankey, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this day 1st of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE